IN THE UNITED STATES DISRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY_____D.C.

SEP 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Joseph H Schroeder II
1915 Brickell Ave
Miami, FL 33129
    (786) 682-1539
        Plaintiff

Gamma Phi Beta
12737 E. Euclid Drive
Centennial, CO 80111-6445
    (303) 799-1874
        Defendant # 1

AND

Jenna Ann Gallegos
8703 E Lockmoor Cir
Wichita, KS 67207
    (316) 200-9141
        Defendant # 2

COMPLAINT OF LIBLE & FRAUD

1. The Plaintiff lives in Miami, defendant #1 is a business in Centennial Colorado, Defendant #2 is a person living in Wichita KS making this diversity claim.

2. Synopsis: I ended relationship amiably with Jenna A Gallegos. Beginning the next day and for 6 months thereafter, Jenna A Gallegos and her Sorority Gamma Phi Beta, published and disseminated over social media, 100s of libelous and "provably false" statements that were damaging to my reputation, exposed me to public hatred, contempt and ridicule, injured my family to include my grade school age grand children, and damaged my business & professional life. Further using deceit and subterfuge Defendant #2 defrauded Defendant out of more than $20,000.

3. Local Law Enforcement and the Local DA are of the opinion Defendant should "take it like a man" because embezzlement and fraud, as well as murder for hire are not police matters. That leaves Defendants only recourse asking this Court to again intervene.

4. On January 13th, 2020 Jenna A Gallegos and I had plans for her to come over for dinner, binge watch Doctor Who and stay the night. We had been in a PLATONIC friendship " for 2 years. That afternoon I advised her I wished to end the relationship, and asked her to keep our plans for dinner so we could talk and part as friends. She declined stating she would rather pet her cat.

5. The following day she messaged me, something about my other girlfriend. We discussed the situation and in the end agreed to part as friends. That was the last contact I had with her. She filed a Protection From Stalking against me 30 mins later, in retaliation for being "abandoned."

6. Shortly thereafter Ms. Gallegos and her sisters at Gamma Phi Beta began a smear campaign, posting 100s of harassing and threatening libelous comments about Plaintiff being "a creepy old man who molests young women", a "pedophile who should not be allowed around his own grand children" etc. across social media. Multiple examples have been attached.

7. Under Local Administrative orders for Pro Se filers, this Court previously advised me of, I reached out to Taylin Fox the president of Wichita State's Gamma Phi Beta Chapter with a proposed filing much like this one asking her to deal with the problem in house, which she immediately did. There was also mention from members of Gamma Phi Beta of kicking Ms. Gallegos out of Gamma Phi Beta since each and every claim in her PFS was "provably false" by her own messages to me over the weeks before she filed it, and statements from her sisters confirming Jenna had lied to get the PFS. However I was not willing to do that. Jenna was a child throwing a tantrum, not an enemy of the state.

8. That would have been the end of this, however Gamma Phi Beta and Jeanna A Gallegos, along with Wichita Police Department and the local District Attorney claim that filing a lawsuit in Federal Court violates the County's Protection from Stalking Order. This means that the damages from the original actions are ongoing.

9. Local Counsel has advised that filing this complaint, will make the misdemeanor charges in local Court be dismissed, and will allow me to recover $200,000 in lost wages do to the actions of Gamma Phi Beta and Jenna A Gallegos.

10. Wherefore Plaintiff is still suffering from the original complaint of libel he requests he be awarded $750,000 from each Defendant OR in the alternative a sworn statement from Jenna A Gallegos affirming her claims against me, on social media, and those in the PFS were without merit, an apology from Gamma Phi Beta, and assurances that neither the Wichita Chapter or Ms Gallegos will be sanctioned.

Respectfully Submitted,



14258 E Pinson
Derby KS
67037

US District Court Miami
Clerk of The Court
400 N Miami
33128

original Filing